JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA SHARIFZADEH, | Case No. CV 19-8264 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRED CHAMANARA, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 16th day of June, 2020.

/s/
Fernando M. Olguin
United States District Judge